466-15

# ELECTRONIC RECORD

COA #     02-14-00057-CR                     OFFENSE:     29.03

STYLE:    Osbaldo Valdez v. The State of Texas     COUNTY:     Tarrant

COA DISPOSITION:     AFFIRMED          TRIAL COURT:     297th District Court

DATE: 03/19/15          Publish: NO     TC CASE #:     1317982D

## IN THE COURT OF CRIMINAL APPEALS

STYLE:    Osbaldo Valdez v. The State of Texas          CCA #:     466-15

___APPELLANT'S___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:     _____

___REFUSED___          JUDGE:     _____

DATE: ___06/10/2015___          SIGNED: _____          PC: _____

JUDGE: ___Per Curiam___          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD